**COMMISSIONER OF INTERNAL REVENUE v. FIRST NATIONAL BANK OF CINCINNATI, Executor, etc.**

No. 7858.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1938.

James W. Morris, Asst. Atty. Gen., for petitioner.

William R. Collins, of Cincinnati, Ohio, for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

**PER CURIAM.**

It is ordered that the appeal in this cause be, and the same is, dismissed, pursuant to stipulation of counsel.

Appeal dismissed.